

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Travis Co,*

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

<div style="margin-left:40%">

Opinion No. O-2252

Re: Should the Comptroller's Department consider the sum of $35,863 appropriated by the Legislature for each year of the biennium for the payment of deficiency warrants issued in payment of and for the construction of an additional unit to the Science Building of the John Tarleton Agricultural College in arriving at the amount of current appropriations set up against the General Revenue Fund?

</div>

We are in receipt of your letter in which you request the opinion of this Department as to whether or not you should consider the following sums appropriated by the Legislature in arriving at the amount of current appropriations set up against the General Revenue Fund:

"The Board of Directors of the Agricultural and Mechanical College of Texas (and its branches) is hereby authorized to use local institutional funds of the John Tarleton Agricultural College to pay, retire and deliver to the State Comptroller for cancellation, during each year of the biennium beginning September 1, 1939, and ending August 31, 1941, $35,863.00 dollars face amount, State of Texas general revenue fund deficiency warrants issued in payment of and for the construction of an additional unit to the Science Building of the John Tarleton Agricultural College at Stephenville, Texas, during the biennium beginning September 1, 1937, and ending August 31, 1939, provided, however, if for any reason the provisions of this paragraph are not complied with, then, for each year of the biennium, the sum of $35,863 listed

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable George H. Sheppard, Page 2

above as supplemental maintenance shall revert
to the general revenue fund of this State."

This Department ruled in Opinion No. O-733 that
the Legislature was unauthorized to appropriate money for
the payment of deficiency warrants issued by the Governor
in the amount of $75,000 for the purpose of erecting a
building on the campus of John Tarleton College.

In your letter you supply the additional information
that the construction that was placed on the campus of
John Tarleton College was not a new building, but was rather
an additional unit to the Science Building of said school.

In light of this additional information you have
furnished, we have again reconsidered the original proposi-
tion as to the validity of the deficiency warrants and have
reached the conclusion that in accordance with our opinion
No. O-733, the Legislature was unauthorized to appropriate
money for the payment of such deficiency warrants issued in
this case. It is the opinion of this Department that the
Comptroller of Public Accounts should not consider those
sums so appropriated in arriving at the amount of current ap-
propriations set up against the general revenue fund.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By      Billy Goldberg
Assistant

BG:BBB

APPROVED JUN 21, 1940

ATTORNEY GENERAL OF TEXAS